CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
APR 19 2011

JULIA C. DUDLEY, CLERK
BY: 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| SAMUEL WILLIAMSON, JR., | ) | Civil Action No. 7:11-cv-00164 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| M.A.D.C., | ) | By: Hon. Jackson L. Kiser |
| **Defendant.** | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice** for failing to state a claim upon

which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN**

from the active docket of the court. Plaintiff may refile his claim at the time of his choice.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the plaintiff.

**ENTER**: This 19th day of April, 2011.

Senior United States District Judge